# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 7, 2007

132191-2

MICHAEL WHITE and the DAVID WHITE TRUST,
           Plaintiffs-Appellants,

v

ROBERT A. HAHN, JACK WEINSTEIN and LAWRENCE HURLBURT,
           Defendants-Appellees.

_____

MICHAEL WHITE AND BUS A. WHITE,
Successor of the DAVID A. WHITE TRUST,
           Plaintiffs-Appellants,

v

ROBERT A. HAHN,
           Defendant-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 132191
COA: 256178
Saginaw CC: 03-049462-NM

SC: 132192
COA: 265087
Saginaw CC: 05-056677-NM

On order of the Court, the application for leave to appeal the August 22, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

WEAVER, J., concurs and states as follows:

I concur in the order of denial and note that Justice Cavanagh has properly supplied to the justices and staff his reason for his decision not to participate in this case because his daughter, Megan Cavanagh, represents the defendant, Robert Hahn. However, in this case, he has not, as required by Michigan Const 1963, art 6, § 6, requested that the reason for his decision be included with the order. I further note that Justice Cavanagh has informed me that in the future he will request that his reasons for not participating be included with his decisions on the orders.

CAVANAGH, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 7, 2007

_____
Clerk

s0306